WILLIAM ALLISON v. FRED. AHLERS.

ACTION brought before a justice of the peace of Osage county, by *Allison* against *Ahlers,* to recover $80 due for rent of farming land, and to enforce a lien therefor under § 28, ch. 55, Comp. Laws of 1879. Trial July 10, 1880, when the

justice found for defendant, and adjudged that he recover of plaintiff the costs of the action. The plaintiff appealed to the district court of said county, wherein, on January 19, 1881, and at the adjourned October Term, the jury found a verdict for the defendant. New trial denied, and judgment for the defendant. *Allison* brings the case here.

*Ellis Lewis,* for plaintiff in error.

*Vandeventer* and *Martin,* for defendant in error.

*Per Curiam:* There is in this case but a single disputed question of fact, and upon that the findings of the jury are conclusive.

The judgment is affirmed, on the authority of *Abeles v. Cohen,* 8 Kas. 180; *Williams v. Townsend,* 15 Kas. 564; and *K. P. Rly. Co. v. Kunkel,* 17 Kas. 145.